# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -- )
)
JCI International, Inc. ) ASBCA Nos. 59535, 59560
) 59904, 59905
)
Under Contract No. W912QR-10-C-0087 )

APPEARANCE FOR THE APPELLANT: Mr. Julio E. Martinez
President

APPEARANCES FOR THE GOVERNMENT: Thomas H. Gourlay, Jr., Esq.
Engineer Chief Trial Attorney
David C. Brasfield, Jr., Esq.
Kathleen A. Achord, Esq.
Engineer Trial Attorneys
U.S. Army Engineer District, Mobile

## ORDER OF DISMISSAL

The dispute has been settled. The appeals are dismissed with prejudice.

Dated: 4 November 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 59535, 59560, 59904, 59905, Appeals of JCI International, Inc., rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals